# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| General Star Indemnity Company,<br><br>Plaintiff,<br><br>v.<br><br>Toy Quest Ltd., Chan Ming You, Chan Siu Lun, Liu Yi Man, ASI, Inc.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 22-cv-2258 JRT/DTS |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Judgment on the Pleadings [Docket No. 53] is GRANTED.

2. Plaintiff's Motion for Summary Judgment [Docket No. 96] is DENIED as moot.

3. Defendant ASI's Motions to Compel [Docket Nos. 82 & 90] are DENIED as moot.

Date: 1/21/2025                                                        KATE M. FOGARTY, CLERK